IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAGNUS AIRCRAFT INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-253-RP |
| | § | |
| RICHARD A. ESTENSON, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Magnus Aircraft Inc.'s Notice of Dismissal. (Dkt. 18). Plaintiff indicates it is voluntarily dismissing all claims in this action against Defendants Richard A. Estenson, Rhett Hawk, LLC, and Falcon Aero, Inc. (together, "Defendants") under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

Plaintiff's claims are therefore dismissed without prejudice. The Court **ORDERS** the Clerk of Court to **CLOSE** this action.

**SIGNED** on September 28, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE